HONORABLE ROBERT S. LASNIK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CUREVO, INC., <br><br> Plaintiff, <br><br> v. <br><br> SENYON TEDDY CHOE, <br><br> Defendant. | CASE NO. 2:19-cv-00572-RSL <br><br> **STIPULATION AND PROPOSED ORDER REGARDING WITHDRAWAL AND SUBSTITUTION OF LOCAL COUNSEL** <br><br> **NOTE DATE: AUGUST 8, 2019** |

## STIPULATION

Pursuant to LR 10(g) and LR 83.2(b), the parties through undersigned counsel stipulate to the withdrawal of Erin McCool of the law firm of OGDEN MURPHY WALLACE, PLLC, as local counsel on behalf of defendant Senyon Teddy Choe and the substitution of Michael C. Subit and Marc C. Cote of the law firm FRANK FREED SUBIT & THOMAS LLP as local counsel. Irene Choe of the law firm of IPLA, LLP, continues to also represent defendant.

STIPULATION: WITHDRAWAL
AND SUBSTITUTION
OF LOCAL COUNSEL
CAUSE NO. 2:19-cv-00572-RSL -1

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798 ~ (206) 682-6711

DATED this 8th day of August 2019.

OGDEN MURPHY WALLACE, PLLC

By: /s/ Erin McCool
    Erin McCool, WSBA # 45945

Withdrawing Attorney for Defendant
Senyon Teddy Choe
1 Fifth St., Suite 200
Wenatchee, WA 98801
(509) 662-1954
emccool@omwlaw.com


FRANK FREED SUBIT & THOMAS LLP

By: /s/ Michael C. Subit
    Michael C. Subit, WSBA # 29189

    /s/ Marc C. Cote
    Marc C. Cote, WSBA # 39824

Substituting Attorneys for Defendant
Senyon Teddy Choe
705 Second Avenue, Suite 1200
Seattle, Washington 98104
(206) 682-6711
msubit@frankfreed.com
mcote@frankfreed.com

IPLA, LLP

By: /s/ Irene Choe
    Irene Choe (admitted *pro hac vice*)

Attorney for Defendant
Senyon Teddy Choe
4445 Eastgate Mall, Suite 200
San Diego, CA 92121
(858) 272-0220
ichoe@ipla.com

STIPULATION: WITHDRAWAL
AND SUBSTITUTION
OF LOCAL COUNSEL
CAUSE NO. 2:19-cv-00572-RSL -2

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104–1798  ~  (206) 682-6711

SIDLEY AUSTIN LLP

By: /s/ Robin Wechkin
    Robin Wechkin, WSBA #24746

Attorneys for Plaintiff
701 Fifth Avenue, Suite 4200
Seattle, WA 98104
(206) 262-7680
rwechkin@sidley.com

**ORDER**

It is so ORDERED this 9th of August 2019.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATION: WITHDRAWAL
AND SUBSTITUTION
OF LOCAL COUNSEL
CAUSE NO. 2:19-cv-00572-RSL -3

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104–1798 ~ (206) 682-6711