UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CUREVO, INC., <br><br> Plaintiff, <br><br> v. <br><br> SENYON TEDDY CHOE, <br><br> Defendant. | NO. C19-0572RSL <br><br> ORDER SEALING DKT. # 14-3 |

This matter comes before the Court on the "Stipulated Joint Motion to Amend and Replace Exhibit C of Defendant's Declaration in Support of Motion to Dismiss." Dkt. # 49. The motion is GRANTED. The Clerk of Court is directed to seal Dkt. # 14-3. A redacted version of the exhibit is available to the public at Dkt. # 49-1 at 4-23.

Dated this 27th day of September, 2019.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER SEALING DKT. # 14-3 - 1