UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CUREVO, INC.,

        Plaintiff,

        v.

SENYON TEDDY CHOE,

        Defendant.

NO. C19-0572RSL

ORDER DENYING DEFENDANT'S MOTION TO SEAL

    This matter comes before the Court on "Defendant Choe's Motion to Seal Declaration of Irene Choe in Support of Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction." Dkt. # 85. Defendant did not make a good faith effort to meet and confer regarding the need to file the declaration under seal, having provided plaintiff with less than two hours to respond to her inquiry before filing the document. Because neither party has attempted to overcome the strong presumption in favor of public access to the court's files (LCR 5(g)), the motion to seal is DENIED. The Clerk of Court is directed to unseal Dkt. # 86.

    Dated this 27th day of October, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING DEFENDANT'S
MOTION TO SEAL - 1